# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ROBERT LATROY WHITE

NO. 2022 KW 0379

**AUGUST 2, 2022**

---

In Re:    Robert Latroy White, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 434,333.

---

**BEFORE:    McDONALD, THERIOT, AND CHUTZ, JJ.**

**WRIT DENIED.**

> JMM
> MRT
> WRC

COURT OF APPEAL, FIRST CIRCUIT

a.Sw

DEPUTY CLERK OF COURT
FOR THE COURT